**Electronically Filed
Supreme Court
SCPW-20-0000017
27-FEB-2020
02:01 PM**

SCPW-20-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

SCOTT DANIELSON, Petitioner,

vs.

THE HONORABLE JOSEPH E. CARDOZA,[1] Judge of the Circuit Court of the Second Circuit, State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(S.P.P. 14-1-0002)

<u>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Scott Danielson's petition for writ of mandamus, filed on January 13, 2020, the respondent judge's response to the petition for writ of mandamus, filed on February 12, 2020, the respective supporting documents, and the record, it appears that the circuit court disposed of petitioner's HRPP Rule 40 petition for post-conviction relief pursuant to its "Findings of Fact, Conclusions of Law, and Order", filed on January 15, 2020.  Petitioner's request for

---

[1]  The Honorable Joseph E. Cardoza retired in June 2019.  The Honorable Kelsey T. Kawano was appointed to fill the vacancy created by Judge Cardoza's retirement.

mandamus relief from this court is therefore moot.  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is dismissed as moot.

DATED: Honolulu, Hawaiʻi, February 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson